UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-145 |
| | ) | |
| v. | ) | |
| | ) | MATTICE / LEE |
| EDWIN D. HARGIS | ) | |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the seven-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond
under appropriate conditions of release pending sentencing in this matter [Doc. 114]. Neither party
filed a timely objection to the report and recommendation. After reviewing the record, the Court
agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS**
and **ADOPTS** the magistrate judge's report and recommendation [Doc. 114] pursuant to 28 U.S.C.
§ 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
        Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **Monday, June 3, 2013 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                    */s/Harry S. Mattice, Jr.*
                    HARRY S. MATTICE, JR.
                    UNITED STATES DISTRICT JUDGE

Case 1:12-cr-00145-HSM-SKL     Document 119     Filed 03/19/13     Page 2 of 2     PageID #: 237